

**FRANK P. TISCIONE**
PARTNER
(516) 357-3315
Frank.tiscione@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

June 17, 2022

**By ECF**
Honorable Cheryl L. Pollack
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:** **Liberty Mutual Insurance Company, et al. v. GM Wellness Medical, P.C., et al.**
     **Docket No. 22-cv-02064 (DG)(CLP)**

Dear Judge Pollack:

This firm represents Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, "Liberty Mutual" or "Plaintiffs") in the above-referenced action.

I write with the consent of opposing counsel to report that Plaintiffs have reached settlements with defendants Valeriy Sabodash, M.D. and Aharon Gutterman, M.D. PLLC, respectively. Accordingly, I am enclosing two stipulations of dismissal, which I am requesting be So-Ordered by the Court.

The Court's attention to this request is appreciated.

         Respectfully submitted,

         RIVKIN RADLER LLP

         /s/

         Frank P. Tiscione

cc: All Counsel (via ECF)

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777